IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UC ACQUISITION CORP.,     )<br>d/b/a Unicare, Inc.,      )<br>                           )<br>    Plaintiff,            )<br>                           )<br>    v.                     )<br>                           )<br>                           )<br>RESURRECTION CATHOLIC      )<br>MISSIONS OF THE SOUTH,     )<br>INC., d/b/a Resurrection   )<br>Life Center and Father     )<br>Walters Memorial Child     )<br>Care Center,               )<br>                           )<br>    Defendant.             )  | CIVIL ACTION NO.<br>  2:09cv1141-MHT<br>       (WO) |

OPINION

This lawsuit is now before the court on the parties' submissions with respect to the amount of the final judgment, which, by agreement of the parties, is to be resolved by the court without a hearing.  Plaintiff UC Acquisition Corp., d/b/a Unicare, Inc., seeks to recover from defendant Resurrection Catholic Missions of the South, Inc., d/b/a Resurrection Life Center and Father Walters Memorial Child Care Center, (1) the sum of $ 335,553.45, (2) interest (including $ 17,706.19,

reflecting interest owed as of December 10, 2010, plus $ 1,654.78, reflecting interest that will have accrued as of December 20), (3) attorneys' fees (including $ 43,581.05 in fees and expenses incurred for services rendered by the law firm of Burr & Forman, LLP, plus $ 16,498.36 in fees and expenses incurred for services rendered by the law firm of Shutts & Bowen, LLP) and (4) court costs.

Resurrection Catholic Missions of the South raises no objections to UC Acquisition's evidentiary submissions. Accordingly, an appropriate judgment will be entered establishing the amount of the final judgment.

DONE, this the 22nd day of December, 2010.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**