IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UC ACQUISITION CORP., | ) | |
| d/b/a Unicare, Inc., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:09cv1141-MHT |
| | ) | (WO) |
| RESURRECTION CATHOLIC | ) | |
| MISSIONS OF THE SOUTH, | ) | |
| INC., d/b/a Resurrection | ) | |
| Life Center and Father | ) | |
| Walters Memorial Child | ) | |
| Care Center, | ) | |
| | ) | |
|     Defendant. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiff UC Acquisition Corp., d/b/a Unicare, Inc., and against defendant Resurrection Catholic Missions of the South, Inc., d/b/a Resurrection Life Center and Father Walters Memorial Child Care Center.

(2) Plaintiff UC Acquisition Corp., d/b/a Unicare, Inc., shall have and recover from defendant Resurrection Catholic Missions of the South, Inc., d/b/a Resurrection Life Center and Father Walters Memorial Child Care Center, the following amounts:

(a) the sum of $ 335,553.45;

(b) interest (including $ 17,706.19, reflecting interest owed as of December 10, 2010, plus $ 1,654.78, reflecting interest that will have accrued as of December 20, 2010); and

(c) attorneys' fees (including $ 43,581.05 in fees and expenses incurred for services rendered by the law firm of Burr & Forman, LLP, plus $ 16,498.36 in fees and expenses incurred for services rendered by the law firm of Shutts & Bowen, LLP).

It is further ORDERED that costs are taxed against defendant Resurrection Catholic Missions of the South, Inc., d/b/a Resurrection Life Center and Father Walters

Memorial Child Care Center, for which execution may issue.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case is closed.

DONE, this the 22nd day of December, 2010.

                                        /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**